JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKI-ALEXANDER SHETTY, | CV 16-4042 PA (SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

Pursuant to the Court's December 9, 2016 Minute Order granting the Motions to Dismiss filed by defendants JPMorgan Chase Bank, N.A. and National Default Servicing Corporation (collectively "Defendants"), which dismissed all of the claims asserted by plaintiff Niki-Alexander Shetty ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

//

//

//

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2 nothing and that Defendants shall have their costs of suit.
3       IT IS SO ORDERED.
4 DATED: December 9, 2016

                                                                                    Percy Anderson
                                               UNITED STATES DISTRICT JUDGE